JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GENE ANTHONY FRANKLIN,       )       Case No. SACV 12-1514-DDP  (OP)
                             )
                             )       J U D G M E N T
            Petitioner,      )
      v.                     )
                             )
LELAND S. McEWEN, Warden,    )
                             )
                             )
            Respondent.      )
_____)

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  December 20, 2013

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge